UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-357(DSD/JMM)

Ronald Alamanza,

Plaintiff,

v.

**ORDER OF REFERENCE**

Union Pacific Railroad
Company, a corporation,

Defendant.

**IT IS HEREBY ORDERED** that pursuant to 28 U.S.C. § 636(b)(1)(B) that United States Magistrate Judge John M. Mason is designated to conduct hearings and submit proposed findings of fact and recommendations of law on defendant's motion to transfer. Any such motion shall be noticed for hearing before Magistrate Judge John M. Mason.

Dated: May 22, 2001

David S. Doty, Judge
United States District Court

8

FILED 5-23-01
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. ________
Deputy Clerk's Initials