IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
FOURTH DIVISION

| | | |
|---|---|---|
| Ronald Almanza,<br><br>Plaintiff,<br><br>vs.<br><br>Union Pacific Railroad Company,<br>a corporation,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 01-CV-357 DSD/JMM<br><br>**STIPULATION**<br>**AND ORDER** |

**STIPULATION**

WHEREAS, defendant Union Pacific Railroad Company moved to transfer this action to either the United States District Court sitting in Cheyenne, WY or Cedar Rapids, SD; and

WHEREAS, in the interests of judicial economy and convenience of the parties and witnesses, the parties have agreed that the claims by plaintiff Ronald Almanza may and should be transferred to the United States District Court for Wyoming;

IT IS HEREBY STIPULATED AND AGREED by the parties hereto, by and through their undersigned counsel of record, that this action be transferred to the United States District Court for Wyoming.

Doc# 1414351\1

FILED 8-21-01
RICHARD D. SLETTEN, CLERK
Judgment Ent'd. ________
Deputy Clerk's Initials ______

Dated: July 12, 2001

LINDQUIST & VENNUM P.L.L.P.

By ______________________
Edward M Glennon, #35403
Reuben A. Mjaanes, #269669
4200 IDS Center
80 South 8th Street
Minneapolis, MN 55402
(612) 371-3231

**ATTORNEYS FOR DEFENDANT UNION PACIFIC RAILROAD COMPANY**

Dated: ~~July~~ Aug 14, 2001

HUNEGS, STONE, LeNEAVE, KVAS & THORNTON, P.A.

By ______________________
Randal W. LeNeave, #181122
1650 International Centre
900 Second Avenue South
Minneapolis, MN 55402
(612) 339-4511

**ATTORNEYS FOR PLAINTIFF RONALD ALMANZA**

**ORDER**

Based upon the above stipulation of the parties, it is hereby ordered:

That this action and all its files shall be transferred to the United States District Court for Wyoming.

Dated: August 20, 2001

______________________
The Honorable David S. Doty
United States District Court Judge

**Please forward this announcement to the recipient of this fax.**

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500